UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

ANDRAS FRANKL,

                Debtor.
-----------------------------------------------------------X
COMBINED RESOURCES INTERIORS, INC.,

                Appellant,

-against-

ANDRAS FRANKL,

                Appellee.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2020

19 CIVIL 6799 (RA)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 6, 2020, the Bankruptcy Court's decision is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
         August 20, 2020

                              RUBY J. KRAJICK

                              **Clerk of Court**

BY: _____
                        **Deputy Clerk**